

# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2016

No. 04-15-00819-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**SAN ANTONIO FIREFIGHTERS' ASSOCIATION, LOCAL 624**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI17586
Honorable Martha Tanner, Judge Presiding

# O R D E R

The appellant's unopposed second motion for extension of time to file brief is hereby GRANTED. Time is extended to May 6, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court